IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CAROLYN BRITTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07cv257 |
| v. | § | |
| | § | |
| COUNTY OF HUNT, TEXAS, | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On October 24, 2007, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Unopposed Motion to Transfer for Improper Venue (Dkt. 5) be GRANTED and that this cause be transferred in its entirety to the Northern District of Texas, Dallas Division.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.  Therefore, Defendant's Unopposed Motion to Transfer for Improper Venue (Dkt. 5) is GRANTED, and this cause is ORDERED transferred in its entirety to the Northern District of Texas, Dallas Division.

**IT IS SO ORDERED.**

**SIGNED this 9th day of November, 2007.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE